**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. _____ **06 - CV - 00644**-ᏴᏒᏃ

APR 7 - 2006

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

GREGORY C. LANGHAM
CLERK

DANIEL BENNETT,

      Applicant,

v.

WARDEN, H.A. RIOS, JR.,

      Respondent.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, an Application for a Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2241, an Application to Proceed Without

Prepayment of Fees and Affidavit, and a Plaintiff's Petition for Writ of Habeas Corpus

Pursuant to 28 U.S.C.S. § 2241. The court has determined that the documents are

deficient as described in this order.  Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action.  Applicant will be directed to cure the

following if he wishes to pursue his claims.  Any papers which the Applicant files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __     is not submitted
(2)   __     is missing affidavit
(3)   __X__   is missing **certified copy** of prisoner's trust fund statement immediately

preceding this filing
(4)    __    is missing required financial information
(5)    __    is missing an original signature by the prisoner
(6)    __    is not on proper form (must use the court's current form)
(7)    __    names in caption do not match names in caption of complaint, petition or
              habeas application
(8)    __    An original and a copy have not been received by the court.
              Only an original has been received.
(9)    __    other _____

**Complaint, Petition or Application**:
(10)   __    is not submitted
(11)   __    is not on proper form (must use the court's current form)
(12)   __    is missing an original signature by the prisoner
(13)   __    is missing page nos. ___
(14)   __    uses et al. instead of listing all parties in caption
(15)   __    An original and a copy have not been received by the court.  Only an
              original has been received.
(16)   __    Sufficient copies to serve each defendant/respondent have not been
              received by the court.
(17)   __    names in caption do not match names in text
(18)   __    other _____

Accordingly, it is

        ORDERED that the clerk of the court commence a civil action in this matter.  It is

        FURTHER ORDERED that the Applicant cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Applicant

files in response to this order must include the civil action number on this order.  It is

        FURTHER ORDERED that, if the Applicant fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the application and

the action will be dismissed without further notice.  The dismissal shall be without

prejudice.

DATED at Denver, Colorado, this _6th_ day of _April_____, 2006.

BY THE COURT:

_Boyd N Boland_

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. **06 - CV - 00644 - BNB**

Daniel Bennett
Reg. No. 31754-048
USP - Florence
P.O. Box 7000
Florence, CO 81226


    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on___4-7-06___


GREGORY C. LANGHAM, CLERK


By:_____
           Deputy Clerk